

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re: _ *Bobby Walker*                Case Number: **06-18098**
     Debtor Name

MOTION FOR RELEASE OF FUNDS IN
THE UNCLAIMED FUNDS REGISTRY

TO THE HONORABLE JUDGE OF THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Comes now **Bobby Walker** hereinafter called Claimant and
          Your name

respectfully moves the Court to enter an order for release of funds due Claimant
from a closed case and would show:

1. The trustee appointed by the Court in this case did deposit in the Registry of the
Court the sum of $ **600.00** and specifically named Claimant the rightful
Creditor due this amount. Change of address prevented delivery.

2. There is no dispute or controversy as to these funds, their availability or to
whom they belong.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the
Court to release said funds to Claimant.

Respectfully Submitted,

*Bobby Walker*
*201 E North ave*
*Baltimore mo 21202*

0059-1V-EPIE1V-00006708-12371

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

BOBBY WALKER
413 N. COLLINGTON AVENUE
BALTIMORE, MD 21231

CASE No:
06-18098-JS

JUDGE:
James F. Schneider

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 13 | 06 | | | | | | | | 08 | 24 | 07 |

Dismissed Prior To Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                    $          600.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| STEWART D. SACHS | 001 | Secured | 45,414.90 | 0.00 | 0.00 | 45,414.90 |
| 413 N. COLLINGTON AVE. -PINE VALLEY | | | | | | |
| JOHN HOPKINS BAYVIEW | 002 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| SUPERVISOR OF DELIN. ACCT | 003 | Priority | 501.75 | 0.00 | 0.00 | 501.75 |
| Split Claim-NOT SCHED | | | | | | |
| SUPERVISOR OF DELIN. ACCT | 003 | Ignore | 621.11 | 0.00 | 0.00 | Closed |
| NPF | | | | | | |
| BOBBY WALKER | 777 | Refund | 0.00 | 0.00 | 0.00 | Not Filed |
| CLERK OF US BANKRUPTCY CO | 999 | Refund | 600.00 | 600.00 | 0.00 | 0.00 |
| DEBTOR UNCLAIMED FUNDS | | | | | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | ADMIN / ATTY | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 46,036.01 | 501.75 | 0.00 | 0.00 | 600.00 | 47,137.76 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |

OTHER DISBURSEMENTS

| | DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|---|
| | CHARLENE A WILSON | 2,500.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE FEES | OTHER COST | |
|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

WHEREFORE, the Trustee requests that an order be entered discharging him as Trustee and releasing him and the Trustee's surety from any and all liability on account of this proceeding, and closing the estate, and for such other and further relief as is just.

DATED: 10/29/2008

/s/ GERARD R. VETTER, TRUSTEE

GERARD R. VETTER, TRUSTEE